UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 19-81547-CV-RS

UNICOMER COURTS DOMINICA LTD.,

    Plaintiff,

vs.

TROPICAL SHIPPING USA LLC.,

    Defendant.
_____/

## DEFENDANT, TROPICAL SHIPPING USA LLC.'S ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW the Defendant, TROPICAL SHIPPING USA LLC., by and through its undersigned attorneys, and files this its Answer and Affirmative Defenses to the Plaintiff UNICOMER COURTS DOMINICA LTD's Complaint as follows:

## ANSWER

1. Denied.

2. Denied, lack of knowledge.

3. Admitted.

4. Denied, lack of knowledge.

5. Defendant repeats and reiterates and realleges each and every answer set forth in paragraphs 1 through 4, as if herein set forth at length.

6. Denied, lack of knowledge.

7. Admitted.

8. Admitted.

9. Admitted.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO: 19-81547-CV-RS
Page -2-

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Defendant repeats and reiterates and realleges each and every answer as set forth paragraphs 1 through 15, inclusive, as if herein set forth at length.

17. Admitted.

18. Admitted.

19. Denied.

20. Denied.

21. Denied.

22. Defendant repeats, reiterates and realleges each and every answer as set forth paragraphs 1 through 21, inclusive, as if herein set forth at length.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Defendant repeats and reiterates and realleges each and every answer as set forth paragraphs 1 through 26, inclusive, as if herein set forth at length.

28. Denied.

Case 9:19-cv-81547-RS   Document 16   Entered on FLSD Docket 11/26/2019   Page 3 of 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO: 19-81547-CV-RS
Page -3-

29. Denied.

30. Denied.

31. Denied.

## **AFFIRMATIVE DEFENSES**

1. Count II, Breach of Bailment, fails to state a claim upon which relief can be granted.

2. Count III, Negligence, fails to state a claim upon which relief can be granted.

3. The Complaint is governed by and subject to the terms and conditions of the TROPICAL SHIPPING bill of lading no. TSCW 1330294 referenced in paragraph 7 of the Complaint and TROPICAL SHIPPING's tariff.

4. The Complaint is governed by and subject to the United States Carriage of Goods by Sea Act.

5. The acts and/or omissions of the Plaintiff, the shipper, the delivering warehouse, the consignee, their representatives, contractors and other third parties over whom this Defendant had no control or responsibility, precludes and/or reduces any recovery to which the Plaintiff may be entitled, which recovery, is in fact denied.

6. Among the rights and defenses available to this Defendant under the bill of lading and the Carriage of Goods by Sea Act are the following:

   a. Notice of loss or damage and the general nature of loss or damage must be provided in writing to the carrier or its agent at the port of discharge before or at the time of

      removal of the goods into the custody of the person entitled to delivery thereof or such removal shall constitute <u>prima facie</u> evidence of the delivery by the carrier of the goods described in the bill of lading. If the loss or damage is not apparent, then notice must be given within three days of delivery.

b.     The carrier and its agents shall be discharged from all liability in respect of loss or damage unless suit is brought within one (1) year after delivery of the goods on the date when the goods should have been delivered.

c.     Neither the carrier nor its agents shall be responsible for loss or damage arising or resulting from –

    1.     Act, neglect or default of the Master, or mariner pilot or service of the carrier in the navigation or in the management of the vessel;

    2.     Acts or omissions of the shipper or owner of the goods, its agents or representatives;

    3.     Any cause arising without the actual fault and privity of the carrier and without the fault or neglect of the agents or servant of the carrier.

d.     Neither the carrier not its agents shall in any event be or become liable for any loss or damage to or in connection with the transportation of goods in an amount exceeding $500.00 per package or in the case of goods not shipped in packages, per customary freight unit, unless the nature and value of such goods have been declared by the shipper before shipment and inserted in the bill of lading, which did not occur here.

7.     The shipper failed to adequately prepare the cargo for shipping.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO: 19-81547-CV-RS
Page -5-

8. The damage complained of is the result of a pre-shipment condition of the cargo not related to carriage or handling by the defendant

9. Plaintiff failed to mitigate damages.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of November, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: **Martin F. Casey, Esq.** mfc@caseybarnett.com CASEY & BARNETT, LLC. 305 Broadway, Suite #1202, New York, NY 10007, *Atty for Plaintiff*, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

BLANCK & COOPER, P.A.
5730 S.W. 74th Street, Suite #700
Miami, Florida 33143
Phone: (305) 663-0177
***BY:***       ***//S//Jonathan S. Cooper, Esq.***
Jonathan S. Cooper, Esq.
Florida Bar Number: 99376
Email: jcooper@shiplawusa.com
Attorney for Tropical Shipping

7870/AnswerAffirmativeDefenses